EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DAVID DOVER,<br><br>    Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>    Defendants. | Case No.: C 03-2009 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF DAVID DOVER** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff David Dover and Defendant Olin

Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

Order dismissing with prejudice all claims asserted by Plaintiff David Dover as to defendant

---

2060602.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff
David Dover - 1**

Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: _8/4/05_

        Respectfully submitted,

        ALEXANDER, HAWES & AUDET, LLP

        By: _/s/_
            RICHARD D ALEXANDER, Cal. Bar #48432
            JEFFREY W/ RICKARD, Cal. Bar #125180
            RYAN M. HAGAN, Cal Bar #200850
            152 North Third Street, Suite 600
            San Jose, CA 95112
            Telephone:  (408) 289-1776
            Facsimile:  (408) 287-1776

Attorneys for Plaintiff David Dover

HUSCH & EPPENBERGER, LLC

        By: _/s/ Carol A. Rutter_
            THOMAS M. CARNEY, admitted *pro hac vice*
            CAROL A. RUTTER, admitted *pro hac vice*
            190 Carondelet Plaza, Suite 600
            St. Louis, MO  63105-3441
            Telephone:  (314) 480-1500
            Facsimile:  (314) 480-1505

            RANDALL C. CREECH, Cal. Bar #65542
            CREECH, LIEBOW & KRAUS
            333 West San Carlos Street
            Suite 1600
            San Jose, CA  95110
            Telephone:  (408) 993-9911
            Facsimile:  (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DAVID DOVER,<br><br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-2009 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF DAVID DOVER** |

THIS MATTER coming on the motion of Plaintiff David Dover and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff David Dover's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005  _Ronald M. Whyte_

2060602.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff David Dover - 3**